WILMER CUTLER PICKERING
   HALE AND DORR LLP
DAVINA PUJARI (SBN 183407)
Davina.Pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER (SBN 253890)
Chris.Rheinheimer@wilmerhale.com
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

WILMER CUTLER PICKERING
   HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
Chris.Casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
SAMUEL C. LEIFER (admitted *pro hac vice*)
Samuel.Leifer@wilmerhale.com
MICHAEL J. BROWN (admitted *pro hac vice*)
Mike.Brown@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for* TETRA TECH, INC.,
TETRA TECH EC, INC., ANDREW BOLT,
DAN L. BATRACK, and STEVEN M. BURDICK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH EC, INC., *et al*, <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER REMOVING UNRELATED CASE AND REGARDING DEPOSITION PROTOCOL** <br><br> **Assigned to Hon. Judge James Donato** <br><br> Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; 3:16-cv-1107-JD |

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY PROTOCOL AND CASE MANAGEMENT ORDER NUMBER ONE**

LINDA PARKER PENNINGTON, et al.,

        Plaintiffs,

      v.

TETRA TECH EC, INC., *et al*

        Defendants.

Case No. 3:18-cv-05330-JD

BAYVIEW HUNTERS POINT
RESIDENTS, *et al.*,

        Plaintiffs,

      v.

TETRA TECH EC, INC., *et al*,

        Defendants.

Case No. 3:19-cv-01417-JD

KEVIN ABBEY, *et al.*,

        Plaintiffs,

      v.

TETRA TECH EC, INC., *et al.*,

        Defendants.

Case No. 3:19-cv-7510-JD

CPHP DEVELOPMENT, LP, *et al.*,

        Plaintiffs,

      v.

TETRA TECH EC, INC., *et al.*,

        Defendants.

Case No. 3:20-cv-1485-JD

FIVE POINT HOLDINGS, LLP, *et al.*,

        Plaintiffs,

      v.

UNITED STATES OF AMERICA, *et al.*,

        Defendants.

Case No. 3:20-cv-1480-JD

FIVE POINT HOLDINGS, LLP, *et al.*,

        Plaintiffs,

      v.

Case No. 3:20-cv-1481-JD

-2-

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1   TETRA TECH EC, INC., *et al.*,

2          Defendants.

3   TETRA TECH EC, INC.,                          Case No. 3:20-cv-04704-JD

           Plaintiff,

4

           v.

5

6   CH2M HILL, INC., *et al*.,

           Defendants.

7

8          Counsel for the parties in the following cases (the "Parties"), by and through their

9   respective counsel of record, submit this Stipulation and [Proposed] Order Regarding Deposition

10  Protocol and request that the Court enter the attached [Proposed] Order in the FCA Cases, the

11  Parcel A Cases, the Building 606 Case, the Residents' Case, and the Commercial Cases, which

12  terms are defined as follows, and are collectively referred to hereinafter as the "Actions":

13         "**FCA Cases**" are: *US ex rel. Jahr et al. v. Tetra Tech EC, Inc. et al.*, Case No. 3:13-cv-

14  3835-JD; *US ex rel Smith v. Tetra Tech EC, Inc. et al.*, Case No. 3:16-cv-1106-JD; and *US ex rel.*

15  *Wadsworth et al. v. Tetra Tech EC, Inc. et al.*, Case No. 3:16-cv-1107-JD.[1]

16         "**Parcel A Cases**" are: *Pennington v. Tetra Tech et al.*, Case No. 3:18-cv-05330-JD;

17  *Ellington v. Tetra Tech*, Case No. 3:18-cv-05352-JD; *Lin v. Tetra Tech et al.*, Case No. 3:18-cv-

18  05771-JD; *Farrell v. Tetra Tech et al.*, Case No. 3:19-cv-00248-JD; *Yegorov v. Tetra Tech et al.*,

19  Case No. 3:19-cv-00252-JD; *Darden v. Tetra Tech et al.*, Case No. 3:19-cv-00247-JD; *Fried v.*

20  *Tetra Tech et al.*, Case No. 3:19-cv-00249-JD; *Lupton v. Tetra Tech et al.*, Case No. 3:19-cv-

21  00251-JD; *Bravo v. Tetra Tech et al.*, Case No. 3:19-cv-00667-JD; *Carter v. Tetra Tech et al.*,

22

23  ────────────────────
    [1] The Court ordered the case titled *US ex rel. McLaughlin v. Shaw Environmental &*
    *Infrastructure, Inc. et al.*, Case No. 14-cv-1509-JD unrelated to the cases subject to this protocol
24  on September 8, 2023 (ECF No. 224 in 14-cv-1509-JD). That case will proceed on a different
    schedule. Consistent with the separate track for those claims, and consistent with the agreement in
25  the originally stipulated CMO, ECF No. 235 in case 13-cv-03835-JD at 5 n.2, claims regarding
    Treasure Island and Alameda are outside of the scope of discovery for purposes of the depositions
26  subject to this stipulation, Parties involved in the FCA matters involving Treasure Island and
    Alameda may ask limited questions designed to determine if the deponent has knowledge related
27  to claims involving Treasure Island and Alameda to assist in making informed decisions whether
    later deposition of the deponent on these grounds is warranted.

28                                          -3-
    **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

Case No. 3:19-cv-02555-JD; *Hershowitz v. Tetra Tech et al.*, Case No. 3:19-cv-02698-JD; *Kaplan v. Tetra Tech et al.*, Case No. 3:19-cv-02740-JD; *Yun v. Tetra Tech et al.*, Case No. 3:19-cv-02771-JD; *Castro v. Tetra Tech et al.*, Case No. 3:19-cv-02810-JD; *Zhu v. Tetra Tech et al.*, Case No. 3:19-cv-03932-JD; *LaRrett v. Tetra Tech et al.*, Case No. 3:19-cv-03941-JD; *Chen v. Tetra Tech et al.*, Case No. 3:19-cv-03955-JD; *Yang v. Tetra Tech et al.*, Case No. 3:19-cv-03992-JD; *Datta v. Tetra Tech et al.*, Case No. 3:19-cv-05405-JD; *Duncan v. Tetra Tech et al.*, Case No. 3:19-cv-05408-JD; and *San Francisco Shipyard Residents v. Tetra Tech et al.*, Case No. 3:19-cv-06137-JD.

"**Building 606 Case**" is: *Kevin Abbey v. Tetra Tech, et al.*, Case No. 3:19-cv-07510-JD.

"**Residents' Case**" is: *Bayview Hunters Point Residents v. Tetra Tech et al.*, Case No. 3:19-cv-01417-JD.

"**Commercial Cases**" are: *Five Point Holdings v. USA*, Case No. 3:20-cv-01480-JD ("*Five Point v. U.S.*"); *Five Point Holdings v. Tetra Tech et al.*, Case No. 3:20-cv-01481-JD; *CPHP Development v. Tetra Tech et al.*, Case No. 3:20-cv-01485-JD ("*CDHP*"); and *Tetra Tech EC, Inc., v. CH2M Hill, Inc., et al.,* Case No. 3:20-cv-04704-JD ("*CH2M*").

All Parties named in the above referenced cases (collectively, the "Actions") are referred to collectively as the "Parties" or in the singular as a "Party."

"Side 1" shall refer to CPHP, Five Point, plaintiffs in the Parcel A Cases, plaintiffs in the Residents' Case, plaintiffs in the Building 606 Case, the Relators, and the CH2M Parties.  "Side 2" shall refer to the United States and Tetra Tech.

Counsel for the Parties have met and conferred and submit the following Stipulation and [Proposed] Order Regarding Deposition Protocol for the above-captioned cases.

**A.  Deposition Protocol**

On February 2, 2023, this Court entered a Case Management Order and Stipulated Discovery Plan for these Actions ("CMO").  The CMO provides that Side 1 and Side 2 may each take 70 depositions of 7 hours each.  The CMO also contemplates that Side 1 may notice the deposition of the same witness(es) noticed by Side 2, and vice versa, and if both Sides notice a

-4-

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

deposition of the same witness, the deposition shall run on consecutive business days until completed unless the witness desires otherwise.  This Order supplements and amends the CMO to clarify the protocol the Parties shall follow in the event both Sides elect to notice the deposition of the same witness.

The CMO provides that a Party taking a deposition must give written notice to every other Party at least 30 days prior to the date of the deposition, and that such notice must be served on each Party by e-mail and by posting on the Magna database.  Further, any deposition noticed by a Side shall automatically be deemed to have been noticed by all Parties on that Side and shall count against that Side's total number of allotted depositions.

In the event one Side notices the deposition of a witness pursuant to the terms of the CMO and the other Side also elects to notice a deposition of the same witness, the other Side must provide a written notice of deposition in accordance with the CMO within 14 days of the initial notice. No more than thirty minutes after the conclusion of questioning on day one of the deposition, in writing or on the deposition record, the other Side shall confirm its intent to either proceed with day two of the deposition or withdraw its notice for the deposition.  If a notice is withdrawn any later than thirty minutes after the conclusion of questioning on day one, the noticed day two deposition will count against a side's allotted number of depositions. Should the other Side elect not to proceed with day two of the deposition, it may still cross-examine the witness for up to one hour at the conclusion of the direct examination as provided for in the CMO. Additionally, if the other Side elects not to proceed with day two of the deposition, it must serve a written withdrawal of its deposition notice by e-mail and by posting on the Magna database within 7 days of the deposition.  Where the other Side withdraws its deposition notice in accordance with the terms of this Order, that deposition will not count against the withdrawing Side's total deposition allotment.[2]

---

[2] The same process outlined herein shall apply to the Parties' allotted fourteen-hour depositions, with the following modification: where a side notices that their day two deposition will be one of the allotted fourteen-hour depositions, within thirty minutes after the conclusion of

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1    If both Sides wish to depose a witness and day one of the deposition does not run for the

2    full 7-hour limit, the Parties may mutually agree to proceed with the second Side's deposition for

3    the remainder of day one, to be continued into day two as necessary to complete the remainder of

4    the second 7- or 14-hour deposition.

5    **B. Further Amendment**

6    Except as otherwise provided in this Stipulation, its terms may be amended only by written

7    stipulation of the Parties approved by the Court, or by order of the Court for good cause shown.

8    **IT IS SO STIPULATED, through Counsel of Record.**

9

10   DATED:  December 15, 2023          COTCHETT, PITRE & McCARTHY, LLP

11                                      By:  _/s/ Anne Marie Murphy_

12                                      JOSEPH W. COTCHETT (SBN 36324)
                                        ANNE MARIE MURPHY (SBN 202540)

13                                      DONALD J. MAGILLIGAN (SBN 257714)
                                        Attorneys for PENNINGTON PLAINTIFFS

14

15

16

17

18

19   DATED:  December 15, 2023          WALKUP, MELODIA, KELLY AND
                                        SCHOENBERGER

20                                      By:  _/s/ Khaldoun A. Baghadi_

21                                      KHALDOUN A. BAGHADI (SBN 190111)
                                        SARA M. PETERS (SBN 260610)

22                                      JADE SMITH-WILLIAMS (SBN 318915)
                                        CLIFTON SMOOT (SBN 305728)

23                                      Attorneys for PLAINTIFFS KEVIN ABBEY, ET
                                        AL.

24

25

26   _____

the questioning on day one of the deposition, that side may confirm its intent to proceed with only

27   one seven-hour deposition day; if that side entirely withdraws its notice of the fourteen-hour
     deposition, it will be counted against that side's allotment.

28                                      -6-

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1   DATED:  December 15, 2023           BONNER & BONNER

2

3                              By:     */s/ A. Cabral Bonner*
                                  CHARLES A. BONNER (SBN 85413)
                                  A. CABRAL BONNER (SBN 247528)

4                                  Attorneys for PLAINTIFFS BAYVIEW
                                  HUNTERS POINT RESIDENTS

5   DATED:  December 15, 2023           LAW OFFICE OF DAVID ANTON

6

7                              By:     */s/ David C. Anton*
                                  DAVID C. ANTON (SBN 95852)

8                                  Attorneys for RELATORS

9

   DATED:  December 15, 2023           O'MELVENY & MYERS LLP

10

11                            By:     */s/ Madhu R. Pocha*
                                  DANIEL M. PETROCELLI (SBN 97802)

12                                  DAVID J. MARROSO (SBN 211655)
                                  GEOFFREY H. YOST (SBN 159687)

13                                  MADHU R. POCHA (SBN 260997)
                                  Attorneys for LENNAR CORP.; HPS

14                                  DEVELOPMENT CO., L.P.; HPS1 BLOCK 50
                                  LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53

15                                  LLC; AND HPS1 BLOCK 54 LLC

16

17   DATED:  December 15, 2023           ALSTON & BIRD

18                            By:     */s/ Jeffrey D. Dintzer*
                                  JEFFREY D. DINTZER (SBN 139056)

19                                  GREGORY S. BERLIN (SBN 316289)
                                  MEREDITH JONES KINGSLEY (pro hac vice)

20                                  VICKIE CHUNG RUSEK (pro hac vice)
                                  Attorneys for FIVE POINT HOLDINGS, LLC, CP

21                                  DEVELOPMENT CO., LLC, AND EMILE
                                  HADDAD

22

23   DATED:  December 15, 2023           LAW OFFICES OF RICHARD M. STEINGARD

24                          By:     */s/ Richard M. Steingard*

25                                    RICHARD M. STEINGARD (SBN 106374)
                                  Attorneys for DEFENDANT BILL DOUGHERTY

26

27

28

-7-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1

2
DATED:  December 15, 2023                    WILMERHALE LLP

3
                                             By:      /s/ Christopher A. Rheinheimer
4
                                             DAVINA PUJARI
                                             CHRISTOPHER A. RHEINHEIMER
5
                                             CHRISTOPHER T. CASAMASSIMA
                                             SAMUEL C. LEIFER
6
                                             MICHAEL J. BROWN
                                             Attorneys for TETRA TECH, INC., TETRA TECH
7
                                             EC, INC., ANDREW BOLT, DAN L. BATRACK,
                                             and STEVEN M. BURDICK
8

9
DATED: December 15, 2023                     BORDIN SEMMER LLP

10
                                             By:      /s/ Bryan C. Swaim
11
                                             BRYAN C. SWAIM, SBN 289729
                                             bswaim@bordinsemmer.com
12
                                             Attorneys for DEFENDANTS RADIOLOGICAL
                                             SURVEY & REMEDIATION SERVICES, LLC,
13
                                             DARYL DELONG, AND BRIAN HENDERSON

14

15
DATED: December 15, 2023                     TROPEA MCMILLAN, LLP

16
                                             By:      /s/ Santino M. Tropea
17
                                             SANTINO M. TROPEA (SBN 249215)
                                             Attorneys for DEFENDANT IO
18
                                             ENVIRONMENTAL & INFRASTRUCTURE,
                                             INC.

19

20

21

22

23

24

25

26

27

28

-8-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1  DATED: December 15, 2023                ISMAIL J. RAMSEY (SBN 189820)
                                           United States Attorney
2

3                                    By:        _/s/ Robert Chandler_
                                           MICHAEL T. PYLE (SBN 172954)
4                                          SAVITH IYENGAR
                                           Assistant United States Attorneys
5                                          450 Golden Gate Avenue
                                           Ninth Floor, Box 36055
6                                          San Francisco, CA 94102
                                           Tel: (415) 436-7018
7
                                           JAMIE ANN YAVELBERG
8                                          PATRICK KLEIN
                                           ROBERT CHANDLER
9                                          JONATHAN K. HOERNER
                                           JOHN F. SCHIFALACQUA
10                                         A. THOMAS MORRIS
                                           Civil Division, Fraud Section
11                                         175 N Street NE
                                           Room 9.208
12                                         Washington, DC 20002
                                           Tel: (202) 514-4678
13                                         *Attorneys for Plaintiff* UNITED STATES OF
                                           AMERICA
14

15  DATED:  December 15, 2023              J. PATRICK GLYNN
                                           Director, Torts Branch
16                                         BRIDGET BAILEY LIPSCOMB
                                           Assistant Director
17                                         ADAM BAIN
                                           Senior Trial Counsel
18

19                                   By:        _/s/ Michele S. Greif_
                                           CAROLINE STANTON
20                                         MICHAEL L. WILLIAMS
                                           ROSEMARY YOGIAVEETIL
21                                         KENNETH A. PILGRIM
                                           Trial Attorneys
22                                         Civil Division, Environmental Torts
                                           175 N Street NE
23                                         Room 11.204
                                           Washington, DC 20002
24                                         Telephone: (202) 353-2492
25
                                           *Attorneys for Defendant* UNITED STATES OF
26                                         AMERICA
27

28                                               -9-
    **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1

2 DATED:  December 15, 2023

MUNGER, TOLLES & OLSON LLP

3 By: _____/s/ Blanca F. Young_____
BLANCA F. YOUNG
4 560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
5 Telephone: (415) 512-4000
Facsimile: (415) 512-4077
6

7 *Attorneys for Defendant* CH2M Hill, Inc.

8 DATED:  December 15, 2023

ZELMS ERLICH & MACK

9 By: _____/s/ Rinat B. Klier Erlich_____
RENAT K. ERLICH
10 20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
11 Telephone: (213) 347-9139
Facsimile: (818) 999-9155
12

13 *Attorneys for Defendant* SC&A, INC.

14 DATED:  December 15, 2023

EDLIN GALLAGHER HUIE + BLUM

15
By: _____/s/ Farheena A. Habib_____
16 ERIN K. POPPLER
500 Washington Street, Suite 700
17 San Francisco, CA 94111
Telephone: (628) 207-1491
18 Facsimile: (415) 397-1339

19 *Attorneys for Defendant* Perma-Fix Environmental
Services, Inc.
20

21 DATED:  December 15, 2023

FURUKAWA CASTLES LLP
22
By: _____/s/ Bruce Furukawa_____
23 BRUCE FURUKAWA
800 Airport Boulevard, Suite 504
24 Burlingame, CA 94010
Telephone: (415) 632-1584
25 Facsimile: (415) 510-2240

26 *Attorneys for Defendant* Cabrera Services, Inc.

27

28

-10-

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1
2
3  DATED:  December 15, 2023
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVIS WRIGHT TREMAINE LLP

By:      */s/ Joseph E. Addiego, III*
JOSEPH E. ADDIEGO, III
50 California, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

*Attorneys for Defendant* Battelle Memorial Institute

-11-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Christopher A. Rheinheimer, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Date:   December 15, 2023

By:   */s/ Christopher A. Rheinheimer*
Christopher A. Rheinheimer

-12-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and [Proposed] Order Regarding Deposition Protocol.

**IT IS SO ORDERED**.

DATED: _____, 2023

_____
Hon. James Donato, Judge, United States District
Court in and for the Northern District of California

-13-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**