UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TETRA TECH EC, INC.,

Plaintiff,

v.

CH2M HILL INC., et al.,

Defendants.

Case No. 20-cv-04704-JD

**JUDGMENT**

The Court dismissed Tetra Tech EC, Inc.'s third, fourth, and fifth causes of action under Federal Rule of Civil Procedure 12(b)(6), Dkt. No. 91, and granted summary judgment for defendants on Tetra Tech's first and second causes of action under Federal Rule of Civil Procedure 56, Dkt. No. 183.  Consequently, judgment is entered for defendants and against Tetra Tech pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated:  December 6, 2024

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California